PROB 12A
(6/21)

# United States District Court

### for

### District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Gregg Mark

Cr.: 15-00634-001
PACTS #: 2003742

Name of Sentencing Judicial Officer:   THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/14/2019

Original Offense:   Conspiracy to Defraud the United States, 18 U.S.C. § 371

Original Sentence: Four (4) years probation

Special Conditions: Eight (8) months Location Monitoring Program, Financial Disclosure, New Debt Restrictions, Self-Employment/Business Disclosure, $1,500 Fine, and $187,380 Restitution.

Type of Supervision: Probation                    Date Supervision Commenced: 02/14/2019

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to Satisfy Financial Obligation |
| 2 | The individual under supervision has violated the special condition which states **"You are prohibited from incurring any new credit charges, opening additional lines of credit, or incurring any new monetary loan, obligation, or debt, by whatever name known, without the approval of the U.S. Probation Office. You shall not encumber or liquidate interest in any assets unless it is in direct service of the fine and/or restitution obligation or otherwise has the expressed approval of the Court."** |

On February 9, 2023, our office conducted an Equifax credit inquiry, and it revealed that Mark opened a credit account without the permission of the U.S. Probation Office.

U.S. Probation Officer Action:

On February 9, 2023, our office conducted an Equifax credit inquiry, and it revealed that Mark opened a credit account without the permission of the U.S. Probation Office. It is noted the debt incurred was not egregious and totaled $2,989. When confronted, Mark advised his son opened the account to financially assist him during the time his business shut down.

Throughout his term of supervised release, Mark has paid $4,940.47 towards his restitution. He is compliant with the Court ordered monthly minimum payments of $100. He has satisfied his $1,500 fine and $100 special penalty assessment. Mark's term of supervision is due to expire on February 13, 2023, with an

Prob 12A – page 2
Gregg Mark

outstanding balance of $176,804.65. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of his earnings and all future income tax refunds via the Treasury Offset Program (TOP).

This Office recommends that no formal Court action be taken, and that the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Respectfully submitted,

SUSAN M. SMALLEY
Chief U.S. Probation Officer

*Susan Karlak*

By:   SUSAN KARLAK
Senior U.S. Probation Officer

/trp

PREPARED BY:

| *Taylor R. Petronzio* | *02/09/2023* |
|---|---|
| TAYLOR R. PETRONZIO | Date |
| U.S. Probation Technician | |

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☒ No Formal Court Action and Allow Supervision to Expire as Scheduled on February 13, 2023 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

February 10, 2023
_____
Date